# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

90 Broad Street 2nd Floor  
New York, NY 10004  
Tel: 212-430-6590  
Fax: 212-981-3305

Martin E. Adams  
Karloff C. Commissiong  
Admitted to Practice in New York  
www.amcmlaw.com

January 5, 2024

**VIA ECF AND EMAIL**

Hon. Loretta A. Preska  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

Re: <u>United States v. Jose Cortina-Perezo</u>, 96 Cr. 897/97 Cr. 1105 (LAP) – Mr. Cortina's Letter dated December 15, 2023

Dear Judge Preska:

I write to inform the Court that I am in receipt of the letter from Mr. Cortina, dated December 15, 2023, and filed on the docket this afternoon. Within 2 weeks I plan to schedule a phone call and visit, to discuss Mr. Cortina's letter with him, and to review with him, a written plea offer extended by the government, that has been translated into Spanish. I request that the Court allow me 2 weeks to inform the Court whether there is a need to schedule a conference to further address the issues raised by Mr. Cortina in his December 15, 2023, letter.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

SO ORDERED  
*Loretta A. Preska*  
LORETTA A. PRESKA  
UNITED STATES DISTRICT JUDGE

1/9/24