UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
            -against-                     :     **ORDER**
                                          :
                                          :     96 CR 897(LAP)
                                          :     97 CR 1105 (LAP)
                                          :     Docket #
Jose Antonio Cortina Perezo               :
------------------------------------------x


_Loretta A. Presca_, **DISTRICT JUDGE**:
         Judge's Name

The C.J.A. attorney assigned to receive cases on this day, _David Anders_ is hereby ordered to assume representation of the defendant in the above captioned matter, as second opinion counsel, NUNC-PRO-TUNC _March 27, 2024_.


                    **SO ORDERED.**

                    _Loretta A. Presca_
                    **UNITED STATES DISTRICT JUDGE**


Dated: _December 4, 2024_
       New York, New York