```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America,           :
                                    :
                                    :
                    Plaintiff(s),   :    96 CR 897 (LAP)
                                    :    97 CR 1105 (LAP)
                                    :    SCHEDULING ORDER
            -against-               :
                                    :
Jose Cortina Perezo,                :
                                    :
                    Defendant(s).   :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that the sentencing scheduled for May 20, 2025 at 11:00 am is adjourned to May 28, 2025 at 11:00 am.


SO ORDERED.

*Loretta A. Preska* (signature)

Loretta A. Preska, Senior U.S.D.J.


Dated:   April 22, 2025
         New York, New York