UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>JOSE CORTINA PEREZO,<br><br>                    Defendant. | No. 97-CR-1105 (LAP)<br>No. 96-CR-897 (LAP)<br><br>SCHEDULING ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The sentencing scheduled for May 28, 2025 at 11:00 a.m. is adjourned to June 17, 2025 at 11:00 a.m.

**SO ORDERED.**

Dated:   May 7, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1